| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>SHEILA K. SEXTON, SBN 197608<br>COSTA KERESTENZIS, SBN 186125<br>LORRIE E. BRADLEY, SBAN 309411<br>BEESON, TAYER & BODINE<br>483 Ninth Street, Suite 200<br>Oakland, CA  94607<br>Telephone:  (510) 625-9700<br><br>ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN GUTIERREZ-BEJAR, on behalf of herself and all other similarly-situated persons,<br><br>Plaintiff(s),<br>v.<br>SOS INTERNATIONAL, LLC,<br><br>Defendant(s) | CASE NUMBER:<br><br>2-CV-16-9000<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Jo Ann Gutierrez-Bejar_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff | None |

December 5, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Jo Ann Gutierrez-Bejar