KENNETH D. SULZER (SBN 120523)
ksulzer@constangy.com
REGINA A. MUSOLINO (SBN 198872)
rmusolino@constangy.com
AARON M. RUTSCHMAN (SBN 288273)
arutschman@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 909-7775
Facsimile:  (310) 256-3520

Attorneys for Defendant
SOS INTERNATIONAL LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN GUTIERREZ-BEJAR, MARIA PORTILLO, STEPHANY MAGANA on behalf of themselves and all other similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SOS INTERNATIONAL, LLC, and DOES 1 - 10,<br><br>Defendants. | CASE NO. CV-16-9000 JAK-JEM<br><br>**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**<br><br>Hon. John A. Kronstadt<br><br>Complaint Filed: December 5, 2016<br>FAC Filed: March 13, 2017 |

Defendant SOS International LLC ("Defendant" or "SOSi"), by and through its attorneys of record, on behalf of itself and no other person or entity, answers and responds to the First Amended Complaint ("FAC") filed by Plaintiffs Jo Ann Gutierrez-Bejar, Maria Portillo and Stephany Magana ("Plaintiffs") (Dkt. # 16) as follows:

## AS TO THE NATURE OF THE CLAIMS

1.     Answering Paragraph 1 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

2.     Answering Paragraph 2 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations of Paragraph 2 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

3.     Answering Paragraph 3 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations of Paragraph 3 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

4.     Answering Paragraph 4 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  Defendant also denies it ever misclassified Plaintiffs or any of the putative class/collective members. The remaining allegations of Paragraph 4 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

5.      Answering Paragraph 5 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations of Paragraph 5 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

6.      Answering Paragraph 6 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

## AS TO JURISDICTION AND VENUE

7.      Answering Paragraph 7 of the FAC, Defendant admits this Court has subject matter jurisdiction to hear this case; however, Defendant denies that Plaintiffs have presented viable claims under the Fair Labor Standards Act ("FLSA"). To the extent Paragraph 7 contains any other factual allegations that require a response, Defendant generally and specifically denies each and every remaining allegation contained therein. The remaining allegations of Paragraph 7 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

8.      Answering Paragraph 8 of the FAC, Defendant admits this Court has supplemental jurisdiction over Plaintiffs' related claims under the California Labor Code; however Defendant denies that Plaintiffs have presented viable claims under the California Labor Code. To the extent Paragraph 8 contains any other factual allegations that require a response, Defendant generally and specifically denies each and every remaining allegation contained therein. The remaining allegations of Paragraph 8 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

9.     Answering Paragraph 9 of the FAC, Defendant admits this Court has jurisdiction pursuant to 28 U.S.C. § 1332. Defendant denies that its principal place of business is in New York. Defendant admits that its principal place of business is in Reston, Virginia. Defendant admits that it is not headquartered, incorporated or registered in the State of California; Defendant's corporate headquarters is located in the State of New York. Defendant admits that it is a Delaware limited liability company. Defendant denies that Plaintiffs have presented viable claims under the FLSA and/or California Labor Code.  To the extent Paragraph 9 contains any other factual allegations that require a response, Defendant generally and specifically denies each and every remaining allegation contained therein. The remaining allegations of Paragraph 9 contain legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

10.     Answering Paragraph 10 of the FAC, Defendant admits venue is proper in this district pursuant to 28 U.S.C. § 1391(a).  To the extent Paragraph 10 contains any other factual allegations that require a response, Defendant generally and specifically denies each and every remaining allegation contained therein.

11.     Answering Paragraph 11 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

## AS TO THE PARTIES

12.     Answering Paragraph 12 of the FAC, Defendant admits on information and belief that Plaintiffs is a resident of Los Angeles, California.  Defendant also admits it entered into an independent contractor agreement with Plaintiffs to perform interpreter

services for Department of Justice Executive Office for Immigration Review hearings. Defendant denies it ever employed Plaintiffs or any of the purported class/collective members they seek to represent.  Except as otherwise stated herein, Defendant generally and specifically denies each and every remaining allegation contained therein.

13.     Answering Paragraph 13 of the FAC, Defendant denies it ever employed Plaintiffs.  Defendant also generally and specifically denies each and every remaining allegation contained in Paragraph 13.

14.     Answering Paragraph 14 of the FAC, Defendant admits it is a Delaware limited liability company. Defendant admits that its corporate headquarters is in the State of New York.  Defendant admits it was awarded an exclusive contract by the Department of Justice ("DOJ") in or around July 2015 to provide interpretation services for the federal immigration courts.  Defendant admits, upon information and belief, that the federal immigration courts are a branch of the DOJ and also admits, upon information and belief, that the Executive Office of Immigration Review ("EOIR") administers the federal immigration courts.  Except as otherwise stated herein, Defendant generally and specifically denies each and every remaining allegation contained in Paragraph 14.

15.     Answering Paragraph 15 of the FAC, Defendant admits it does business within the state of California.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 15.

16.     Answering Paragraph 16 of the FAC, Defendant denies it ever employed Plaintiffs and/or any of the purported class members they seek to represent.  Defendant generally and specifically denies the remaining allegations contained in Paragraph 16.

17.     Answering Paragraph 17 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

18.     Answering Paragraph 18 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any

4

admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

19.    Answering Paragraph 19 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

### AS TO THE FACTUAL ALLEGATIONS

20.    Answering Paragraph 20 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

21.    Answering Paragraph 21 of the FAC, Defendant admits it began performance on a contract with the DOJ to provide interpretation services for federal immigration courts throughout the United States of America in or around September 2015.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 21.

22.    Answering Paragraph 22 of the FAC, Defendant admits, upon information and belief, that the federal immigration courts are administered by the DOJ and EOIR.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 22.

23.    Answering Paragraph 23 of the FAC, Defendant admits it engaged Plaintiffs through an independent contractor agreement to provide language interpretation services to the federal immigration courts for the purpose of rendering one or more specific foreign languages into English, and vice-versa.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 23.

24.    Answering Paragraph 24 of the FAC, Defendant admits it engaged Plaintiffs and the members of the putative class/collective as independent contractors.  Except as

otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 24.

25.    Answering Paragraph 25 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

26.    Answering Paragraph 26 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

27.    Answering Paragraph 27 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

28.    Answering Paragraph 28 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

29.    Answering Paragraph 29 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

30.    Answering Paragraph 30 of the FAC, Defendant admits that it entered into independent contractor agreements with Plaintiffs and the members of the putative class/collective. Both Plaintiffs and Defendant had the ability to terminate the independent contractor agreement. Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 30.

31.    Answering Paragraph 31 of the FAC, Defendant admits that Plaintiffs and other members of the putative class/collective were subject to the procedures and directives of the DOJ and the courts in which they performed interpreter services,

DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION

although such directives varied from courtroom to courtroom.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 31.

32.    Answering Paragraph 32 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

33.    Answering Paragraph 33, Defendant admits that the DOJ requires periodic assessments of interpreters.  Defendant also admits that both Plaintiffs and members of the putative class/collective had the ability to terminate the independent contractor agreement. Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 33.

34.    Answering Paragraph 34 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

35.    Answering Paragraph 35 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

36.    Answering Paragraph 36 of the FAC, Defendant admits that it engages the services of interpreters, including Plaintiffs, to provide services to the DOJ EOIR hearings via independent contractor agreements. Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

37.    Answering Paragraph 37 of the FAC, Defendant admits it provides interpretation and language translation services as a part of its business.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 37.

38.    Answering Paragraph 38 of the FAC, Defendant admits that it provides some training for interpreters regarding such administrative procedures as completing and submitting invoices. Except as otherwise stated herein, Defendant otherwise generally and specifically denies each and every allegation contained therein.

39.    Answering Paragraph 39 of the FAC, Defendant admits that Plaintiffs and other interpreters engaged to perform services at the EOIR hearings were paid by either

7

time or assignment, depending on the particular circumstances of the engagement. Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

40.     Answering Paragraph 40 of the FAC, Defendant admits that different courthouses, courtrooms and/or judges have different requirements and expectations regarding when and how interpreters assigned to hearings can be released. Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

41.     Answering Paragraph 41 of the FAC, Defendant admits that the DOJ and the immigration court judges generally do not permit interpreters to speak with courtroom staff or attorneys involved in hearings except in the performance of their language interpretation duties.  Except as otherwise stated herein, Defendant generally and specifically denies the remaining allegations contained in Paragraph 41.

42.     Answering Paragraph 42 of the FAC, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein.

43.     Answering Paragraph 43 of the FAC, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein.

44.     Answering Paragraph 44 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

45.     Answering Paragraph 45 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective.

46.     Answering Paragraph 46 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

47.     Answering Paragraph 47 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant admits that, in general, Plaintiffs and members of the putative class/collective were and are paid on a "net 30" timeframe from the date that each interpreter submits an invoice (which varies by interpreter). Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

48.     Answering Paragraph 48 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

49.     Answering Paragraph 49 of the FAC, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein.

50.     Answering Paragraph 50 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant generally and specifically denies each and every allegation contained therein.

51.     Answering Paragraph 51 of the FAC, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein.

52.     Answering Paragraph 52 of the FAC, Defendant admits that Plaintiffs' independent contractor agreement states that local travel expenses are not reimbursable but some travel expenses may be negotiated on a case by case basis. Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

53.     Answering Paragraph 53 of the FAC, Defendant admits that Plaintiffs' independent contractor agreement states that local travel expenses are not reimbursable but some travel expenses may be negotiated on a case by case basis. Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

54.     Answering Paragraph 54 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

55.     Answering Paragraph 55 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.

56.     Answering Paragraph 56 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

57.     Answering Paragraph 57 of the FAC, Defendant admits that it provides interpreters with assignments on days that the interpreters indicate that they are available. The interpreters are free to accept or reject those assignments. Each assignment is an immigration court hearing and accordingly, the court sets the date and time of the hearing. Defendant generally and specifically denies each and every allegation contained therein.

58.     Answering Paragraph 58 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant admits that in some instances, immigration court interpreters may have reported to an assignment where their services were determined not to be needed by the applicable immigration court judges.

59.     Answering Paragraph 59 of the FAC, Defendant denies that it employed Plaintiffs or any member of the putative class/collective. Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

## AS TO THE FLSA COLLECTIVE ACTION ALLEGATIONS

60.     Answering Paragraph 60 of the FAC, Defendant states that the allegations contained therein are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

61.     Answering Paragraph 61 of the FAC, Defendant admits that Plaintiffs and the members of the FLSA Class are and were engaged to perform language interpretation services at DOJ EOIR hearings. However, the means and methods of the performance of these services by the members of the FLSA Class can and do vary based on the preferences of individual immigration judges and courthouses as well as the circumstances  and experience of individual interpreters. Except as otherwise stated herein, Defendant generally and specifically denies each and every allegation contained therein.

62.     Answering Paragraph 62 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

63.     Answering Paragraph 63 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any

admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

64.    Answering Paragraph 64 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

65.    Answering Paragraph 65 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

66.    Answering Paragraph 66 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

67.    Answering Paragraph 67 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

68.    Answering Paragraph 68 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

69.    Answering Paragraph 69 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION

## AS TO THE RULE 23 CLASS ACTION ALLEGATIONS

70. Answering Paragraph 70 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

71. Answering Paragraph 71 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. Defendant admits that Plaintiffs and the members of the California Class are and were engaged to perform language interpretation services at DOJ EOIR hearings. However, the means and methods of the performance of these services by the members of the California Class can and do vary based on the preferences of individual immigration judges and courthouses as well as the circumstances and experience of individual interpreters. Except as otherwise stated herein, Defendant generally and specifically denies each and every remaining allegation contained therein.

72. Answering Paragraph 72 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. Defendant states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

73. Answering Paragraph 73 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

74. Answering Paragraph 74 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any

admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

75.     Answering Paragraph 75 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

76.     Answering Paragraph 76 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

77.     Answering Paragraph 77 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

78.     Answering Paragraph 78 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

79.     Answering Paragraph 79 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

80.     Answering Paragraph 80 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

81.     Answering Paragraph 81 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

82.     Answering Paragraph 82 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

83.     Answering Paragraph 83 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

84.     Answering Paragraph 84 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

85.     Answering Paragraph 85 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

86.     Answering Paragraph 86 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

87.     Answering Paragraph 87 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

88.     Answering Paragraph 88 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

89.     Answering Paragraph 89 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

90.     Answering Paragraph 90 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

91.     Answering Paragraph 91 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

## AS TO THE FIRST CAUSE OF ACTION

### COLLECTIVE ACTION FOR FAILURE TO PAY OVERTIME IN

### VIOLATION OF THE FLSA

### (29 U.S.C. § 207)

92.     Answering Paragraph 92 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 91, above, as though fully set forth therein.

93.    Answering Paragraph 93 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 93 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

94.    Answering Paragraph 94 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

95.    Answering Paragraph 95 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 95 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

96.    Answering Paragraph 96 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

97.    Answering Paragraph 97 of the FAC, Defendant generally and specifically denies each and every allegation contained therein.

98.    Answering Paragraph 98 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

99.    Answering Paragraph 99 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

100.    Answering Paragraph 100 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal

17

contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

## AS TO THE SECOND CAUSE OF ACTION

## COLLECTIVE ACTION FOR FAILURE TO PAY MINIMUM WAGE IN VIOLATION OF THE FLSA

### (29 U.S.C. § 206)

101.   Answering Paragraph 101 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 100, above, as though fully set forth therein.

102.   Answering Paragraph 102 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

103.   Answering Paragraph 103 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 103 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

104.   Answering Paragraph 104 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 104 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

105.   Answering Paragraph 105 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 105 are legal contentions, conclusions, and/or characterizations

by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

106. Answering Paragraph 106 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. The remaining allegations in Paragraph 106 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

107. Answering Paragraph 107 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

108. Answering Paragraph 108 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

109. Answering Paragraph 109 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

## AS TO THE THIRD CAUSE OF ACTION

## CLASS ACTION FOR FAILURE TO PAY WAGES AND OVERTIME WAGES
## (LABOR CODE §§ 210, 218 & 1194)

110. Answering Paragraph 110 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 109, above, as though fully set forth therein.

111.   Answering Paragraph 111 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.   To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

112.   Answering Paragraph 112 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.   To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

113.   Answering Paragraph 113 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.   The remaining allegations in Paragraph 113 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.   To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

114.   Answering Paragraph 114 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.   The remaining allegations in Paragraph 114 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.   To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

115.   Answering Paragraph 115 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.   To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

116.   Answering Paragraph 116 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.   The remaining allegations in Paragraph 116 are legal contentions, conclusions, and/or characterizations

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

117.   Answering Paragraph 117 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

<u>**AS TO THE FOURTH CAUSE OF ACTION**</u>

**CLASS ACTION CLAIM FOR FAILURE TO TIMELY PAY EARNED WAGES**

**(LABOR CODE § 204)**

118.   Answering Paragraph 118 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 117, above, as though fully set forth therein.

119.   Answering Paragraph 119 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

120.   Answering Paragraph 120 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. The remaining allegations in Paragraph 120 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

121.   Answering Paragraph 121 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. The remaining allegations in Paragraph 121 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

122.   Answering Paragraph 122 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 122 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

123.   Answering Paragraph 123 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

124.   Answering Paragraph 124 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

## AS TO THE FIFTH CAUSE OF ACTION
## CLASS ACTION CLAIM FOR FAILURE TO PROVIDE
## ACCURATE ITEMIZED WAGE STATEMENTS
## (LABOR CODE § 226)

125.   Answering Paragraph 125 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 124, above, as though fully set forth therein.

126.   Answering Paragraph 126 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

127.   Answering Paragraph 127 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  The remaining allegations in Paragraph 127 are legal contentions, conclusions, and/or characterizations

22

by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

128.   Answering Paragraph 128 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

129.   Answering Paragraph 129 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

130.   Answering Paragraph 130 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

<u>**AS TO THE SIXTH CAUSE OF ACTION**</u>

**CLASS ACTION CLAIM FOR FAILURE TO PROVIDE UNPAID**

**WAGES AT TIME OF SEPARATION**

**(LABOR CODE §§ 201, 202 & 203)**

131.   Answering Paragraph 131 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 130, above, as though fully set forth therein.

132.   Answering Paragraph 132 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

133.   Answering Paragraph 133 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. The remaining allegations in Paragraph 133 are legal contentions, conclusions, and/or characterizations

23

by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

134. Answering Paragraph 134 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. The remaining allegations in Paragraph 134 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

135. Answering Paragraph 135 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

**AS TO THE SEVENTH CAUSE OF ACTION**

**CLASS ACTION CLAIM FOR FAILURE TO REIMBURSE EXPENSES**

**(LABOR CODE § 2802)**

136. Answering Paragraph 136 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 135, above, as though fully set forth therein.

137. Answering Paragraph 137 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

138. Answering Paragraph 138 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. Defendant admits that Plaintiffs' independent contractor agreement states that local travel expenses are not reimbursable but some travel expenses may be negotiated on a case by case basis. The remaining allegations in Paragraph 138 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by

24

Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

139.   Answering Paragraph 139 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent.  Defendant admits that Plaintiffs' independent contractor agreement states that local travel expenses are not reimbursable but some travel expenses may be negotiated on a case by case basis The remaining allegations in Paragraph 139 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

140.   Answering Paragraph 140 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

**AS TO THE EIGHTH CAUSE OF ACTION**

**CLASS ACTION CLASIM FOR FAILURE TO PAY REPORTING TIME PAY**

**(IWC WAGE ORDER 4-2001, § 5; LABOR CODE §§ 218, 1194)**

141.   Answering Paragraph 141 of the FAC, Defendant hereby incorporates its responses to Paragraphs 1 through 140, above, as though fully set forth therein.

142.   Answering Paragraph 142 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

143.   Answering Paragraph 143 of the FAC, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant.  To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

144. Answering Paragraph 144 of the FAC, Defendant denies it ever employed Plaintiffs or any of the purported class members they seek to represent. The remaining allegations in Paragraph 144 are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

145. Answering Paragraph 145 of the FAC, Defendant generally and specifically denies the factual allegations and states that the remaining allegations are legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every remaining allegation.

## AS TO THE PRAYER FOR RELIEF

In response to Plaintiffs' prayer for relief, Defendant denies that Plaintiffs or the proposed class they seek to represent are entitled to the requested relief from Defendant, or to any relief whatsoever from Defendant, and avers that Plaintiffs' claims must be dismissed with prejudice, and that the Court should order Plaintiffs to pay Defendants attorneys' fees and costs.

## AS TO THE DEMAND FOR JURY TRIAL

Answering the Demand For Jury Trial, Defendant states that it contains legal contentions, conclusions, and/or characterizations by Plaintiffs that do not require any admissions or denials by Defendant. To the extent a response is required, Defendant generally and specifically denies each and every allegation contained therein.

## AFFIRMATIVE OR OTHER DEFENSES

For its affirmative and other defenses, and without assuming the burden of proof it does not already have, Defendant separately alleges that each of the following is likely to have evidentiary support after a reasonable opportunity for further investigation and/or discovery:

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**

## FIRST AFFIRMATIVE OR OTHER DEFENSE

### (Failure to State a Claim)

1.     The FAC and every purported cause of action alleged therein fails to state any claim upon which relief can be granted.

## SECOND AFFIRMATIVE OR OTHER DEFENSE

### (Failure to Satisfy Pleading Standards of FED. R. CIV. P. 8)

2.     The FAC fails to state a claim upon which relief can be granted because the FAC and every purported claim alleged therein do not establish a plausible entitlement to relief and, as such, do not satisfy the pleading standards of FED. R. CIV. P. 8 as set forth in *Bell Atlantic Corp. v. Twombly*, (2007) 550 U.S. 544, and *Ashcroft v. Iqbal*, (2009) 129 S. Ct. 1937.

## THIRD AFFIRMATIVE OR OTHER DEFENSE

### (Statute of Limitations)

3.     The FAC and every purported cause of action alleged therein are barred in whole or in part by all applicable statutes of limitations, including but not limited to, California Code of Civil Procedure §§ 338(a) and 340 and California Labor Code § 203.

## FOURTH AFFIRMATIVE OR OTHER DEFENSE

### (Failure to Mitigate)

4.     Plaintiffs and the putative class members they purport to represent have failed to exercise reasonable diligence to mitigate their alleged damages (if any were in fact suffered, which is expressly denied) and/or failed to notify Defendant of any purported wage/hour violations and, therefore, are barred from recovering any damages or any damages awarded should be reduced accordingly.

## FIFTH AFFIRMATIVE OR OTHER DEFENSE

### (Unclean Hands)

5.     Plaintiffs' FAC and each and every purported cause of action alleged therein, individually and on behalf of the putative class members they purport to represent, are barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE OR OTHER DEFENSE

### (Laches)

6.     Plaintiffs' FAC and each and every purported cause of action alleged therein, individually and on behalf of the putative class members they purport to represent, are barred by the doctrine of laches.

## SEVENTH AFFIRMATIVE OR OTHER DEFENSE

### (Waiver)

7.     Plaintiffs' FAC and each and every purported cause of action alleged therein, individually and on behalf of the putative class members they purport to represent, are barred by the doctrine of waiver.

## EIGHTH AFFIRMATIVE OR OTHER DEFENSE

### (Estoppel)

8.     Plaintiffs' FAC and each and every purported cause of action alleged therein, individually and on behalf of the putative class members they purport to represent, are barred by the doctrine of estoppel.

## NINTH AFFIRMATIVE OR OTHER DEFENSE

9.     If Plaintiffs or any putative class member(s) sustained any damage as a result of the conduct alleged in the FAC, which Defendant denies, Defendant is entitled to an offset to the extent Plaintiffs or the putative class members received any wages and other benefits to which Plaintiffs and the putative class members were not entitled and/or did not earn.

## TENTH AFFIRMATIVE OR OTHER DEFENSE

### (Good Faith)

10.     Defendant at all times acted in good faith in conformity with and in reliance on written administrative regulations, orders, rulings, approvals, and/or interpretations of the Administrator of the Wage and Hour Division of the Department of Labor of the United States and/or other government agencies, and/or the administrative practices or enforcements policies of other government agencies.

## ELEVENTH AFFIRMATIVE OR OTHER DEFENSE

(Accord and Satisfaction)

11.   Plaintiffs' FAC, and each and every purported cause of action alleged therein, individually and on behalf of the putative class members they purport to represent, are barred based on one or more accords and satisfactions.

## TWELFTH AFFIRMATIVE OR OTHER DEFENSE

(Novation)

12.   Plaintiffs' FAC, and each and every purported cause of action alleged therein, individually and on behalf of the putative class members they purport to represent, are barred based on one or more novations.

## THIRTEENTH AFFIRMATIVE OR OTHER DEFENSE

(No Willfulness)

13.   Defendant did not willfully violate the United States Code, the California Labor Code and/or the applicable IWC Wage Orders, because any acts or omissions giving rise to this action were reasonable, undertaken in good faith, and were not undertaken with reckless disregard as to whether such actions or omissions violated the United States Code, the California Labor Code and/or the applicable IWC Wage Orders.

## FOURTEENTH AFFIRMATIVE OR OTHER DEFENSE

(*De Minimis*)

14.   Plaintiffs' FAC and each and every claim alleged therein, individually and on behalf of the putative class members they purport to represent, are barred because any losses are *de minimis* and cannot be recovered.

## FIFTEENTH AFFIRMATIVE OR OTHER DEFENSE

(No Employment Relationship)

15.   Plaintiffs' FAC and each and every claim alleged therein, individually and on behalf of the putative class members they purport to represent, are barred because Plaintiffs and the putative class members they purport to represent were not employed by Defendant at any time relevant to the allegations in the FAC.

## SIXTEENTH AFFIRMATIVE OR OTHER DEFENSE

### (Avoidable Consequences)

16.    Plaintiffs' FAC and each and every claim alleged therein, individually and on behalf of the putative class members they purport to represent, are barred because Plaintiffs and the putative class members they purport to represents unreasonably failed to avail herself of preventative or corrective opportunities, including but not limited to internal procedures of Defendant to remedy claims of the type asserted in the FAC.

## SEVENTEENTH AFFIRMATIVE OR OTHER DEFENSE

### (Good Faith Dispute)

17.    Although Defendant generally and specifically denies that it owes any amounts to Plaintiffs, if it should be determined that any amounts are owed, Defendant alleges that at all times herein reasonable, good faith disputes existed as to whether any such amounts were owed.

## EIGHTEENTH AFFIRMATIVE OR OTHER DEFENSE

### (Full Compensation)

18.    Any recovery on Plaintiffs' FAC with respect to the allegations for failure to pay overtime or other compensation is barred because Plaintiffs and the putative class members they purport to represent were paid all compensation and benefits to which they were entitled and to which they voluntarily agreed and expected.

## NINETEENTH AFFIRMATIVE OR OTHER DEFENSE

### (Full Performance)

19.    Without admitting the existence of any duties or obligations as alleged in the FAC, any such duties or obligations which Plaintiffs or the purported putative class members were owed by Defendant have been fully performed, satisfied or discharged.

## TWENTIETH AFFIRMATIVE OR OTHER DEFENSE

### (Waiver Based on Failure to Demand Payment)

20.    Plaintiffs' FAC and each and every claim alleged therein, individually and on behalf of the putative class members they purport to represent, are barred by the

doctrines of waiver, ratification, acquiescence, consent and/or agreement based on their acceptance of wages paid to them without protest during the terms of their agreements and of final wages paid to them without protest upon separation and their failure to demand payment.

## TWENTY-FIRST AFFIRMATIVE OR OTHER DEFENSE

### (Protection from Excessive Fines)

21.     To the extent any cause of action contained in the SAC seeks statutory or civil penalties or fines, it violates Defendant's right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and in Article I, Section 17 of the Constitution of the State of California, in that Defendant had appropriate policies and Plaintiffs did not notify Defendant of any purported wage/hour violations.

## TWENTY-SECOND AFFIRMATIVE OR OTHER DEFENSE

### (Entitlement to Reasonable Attorney Fees)

22.     Defendant has engaged attorneys to represent it in defense of Plaintiffs' frivolous, unfounded and unreasonable action and are thereby entitled to an award of reasonable attorneys' fees pursuant to applicable law upon judgment in Defendant's favor.

## TWENTY-THIRD AFFIRMATIVE OR OTHER DEFENSE

### (After Acquired Evidence)

23.     In the event that through the course of discovery or otherwise, Defendant should obtain after-acquired evidence, any recovery on Plaintiffs' FAC and each and every claim alleged therein, individually and on behalf of the putative class members they purport to represent, and each and every purported claim alleged therein, is barred.

## TWENTY-FOURTH AFFIRMATIVE OR OTHER DEFENSE

### (Independent Contractor)

24.     Plaintiffs' FAC and each and every claim alleged therein, individually and on behalf of the putative class members they purport to represent, are barred because

Plaintiffs and the putative class members they purport to represent were and are independent contractors and not employees of Defendant.

### TWENTY-FIFTH AFFIRMATIVE OR OTHER DEFENSE

(Additional Affirmative Defenses)

25.     Defendant presently has insufficient knowledge or information with which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendant reserves the right to further amend this Answer to assert additional defenses in the event discovery indicates they would be appropriate

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.     That Plaintiffs and the putative class members they purport to represent take nothing by virtue of the FAC;

2.     That the FAC be dismissed in its entirety, with prejudice;

3.     That judgment be entered in favor of Defendant and against Plaintiffs;

4.     For costs of suit incurred herein, including reasonable attorney's fees; and

5.     For such other further relief as the Court deems just and proper.


DATED:  April 3, 2017                         **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

                                              By:    /s/ Regina A. Musolino
                                              Kenneth D. Sulzer
                                              Regina A. Musolino
                                              Aaron M. Rutschman
                                              Attorneys for Defendant
                                              SOS INTERNATIONAL, LLC

**DEFENDANT SOS INTERNATIONAL LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS AND COLLECTIVE ACTION**