1  KENNETH D. SULZER (SBN 120523)
   ksulzer@constangy.com
2  REGINA A. MUSOLINO (SBN 198872)
3  rmusolino@constangy.com
   KIMBERLY T. BERNSTEIN (SBN 294058)
4  kberstein@constangy.com
5  CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
   2029 Century Park East, Suite 1100
6  Los Angeles, California 90067
7  Telephone: (310) 909-7775
   Facsimile:  (426) 465-6630
8

9  Attorneys for Defendant
   SOS INTERNATIONAL LLC
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  JO ANN GUTIERREZ-BEJAR, MARIA PORTILLO, and STEPHANY MAGANA, on behalf of themselves and all other similarly-situated persons, | Case No. 2:16-cv-09000 JAK-JEM |
| 17              Plaintiff, | **DEFENDANT SOS INTERNATIONAL LLC'S RENEWED APPLICATION TO FILE REDACTED VERSIONS OF EACH OF PLAINTIFFS' EXHIBIT A IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION** |
| 18       v. | |
| 19  SOS INTERNATIONAL LLC, and DOES 1 - 10, | |
| 21              Defendants. | Action Filed: Removal Date:  May 24, 2017 |

26  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27       PLEASE TAKE NOTICE that Defendant SOS International, LLC ("SOSi" or

28  "Defendant") will and hereby does apply to this Court pursuant to Local Rule 79.5-

1, Federal Rule of Civil Procedure 5.2, and the Stipulated Protected Order for an Order requiring the redacted versions of Exhibit A to each of the Declarations of Jo Ann Gutierrez-Bejar, Stephany Magana, and Maria Portillo in Support of Plaintiffs' Motion for Conditional Certification be filed in the public docket.  Please also take note that Defendant does not request that Court reconsider its September 6, 2017 Order denying Plaintiffs' Application, but instead requests that the Court allow Defendant to redact specific contract rate information contained in Exhibit A.

This application to require the above-referenced documents be redacted is made on the grounds that the documents contain confidential and proprietary information and which are subject to a stipulated protective order entered in this action.

SOSi's Renewed Application is based on the accompanying Memorandum of Points and Authorities, the Declaration of Regina A. Musolino ("Musolino Decl.") in support of Defendant's Renewed Application, the Stipulated Protective Order entered in this action, all of the pleadings, files, and records in this proceeding, all other matter of which the Court may take judicial notice, and on such argument and evidence as may be presented to the Court.

DATED: September 7, 2017

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP


_____/s/ Regina A. Musolino_____
Kenneth D. Sulzer
Regina A. Musolino
Kimberly T. Bernstein
Attorneys for Defendant
SOS INTERNATIONAL LLC

# I.   **INTRODUCTION**

On August 21, 2017, Plaintiffs' filed their Notice of Motion and Motion for Conditional Certification.  In connection with their Motion for Conditional Certification, Plaintiffs also submitted an Application to File Under Seal Documents in Support of Plaintiffs' Motion for Conditional Certification and the Declaration of Costa Kerestenzis ("Plaintiff's Application"), which included six exhibits to the Declarations of Jo Ann Gutierrez-Bejar, Stephany Magana, and Maria Portillo as evidence in support of Plaintiffs' motion for conditional certification.  On August 23, 2017, Defendant submitted the Declaration of Regina A. Musolino in Support of Plaintiffs' Application.  On September 6, 2017, the Court denied Plaintiffs' Application.

With this renewed application, Defendant does not challenge the Court's September 6, 2017 Order.  However, because the Independent Contractor Agreement ("ICA") exhibits used to support Plaintiffs' Motion for Conditional Certification disclose SOSi's negotiated rates, Defendant requests only that the ICA rates contained in Exhibit A to the Declarations of Jo Ann Gutierrez-Bejar, Stephany Magana, and Maria Portillo be redacted in the public file.[1]  The rates are proprietary information, which if made public is likely to negatively impact SOSi's competitive advantage in future governmental contract bidding processes as well as impact its ability to recruit and retain interpreters.  SOSi therefore submits this Renewed Application for an Order requiring that the rate information contained in the ICA exhibits be redacted in conjunction with Plaintiffs' Motion for Conditional Certification.

/ / /

/ / /

---

[1] Defendant does not contest the public filing of Exhibit B to the Declarations of Jo Ann Gutierrez-Bejar, Stephany Magana, and Maria Portillo pursuant to the Court's September 6, 2017 Order.

DEFENDANT'S APPLICATION TO FILE REDACTED VERSIONS OF EACH OF PLAINTIFFS' EXHIBIT A IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION; 2:16-cv-09000 JAK-JEM

## II.   <u>GOOD CAUSE EXISTS TO PROTECT THE PROPRIETARY INFORMATION IN THE CONFIDENTIAL EXHIBITS.</u>

"[W]hen a district court grants a protective order to seal documents during discovery, 'it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'"  *Kamakana*, *supra*, 447 F.3d at 1179-80, *quoting Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). Here, the Parties have entered into precisely this type of protective order, meant to cover the sensitive business information such as SOSi's negotiated contract rates. Parties have also agreed that this information remain confidential pursuant to Plaintiffs' Application.

Specifically, Exhibit A to the Declarations of Jo Ann Gutierrez-Bejar, Stephany Magana, and Maria Portillo in Support of Plaintiffs' Motion for Conditional Certification are Plaintiffs' individual ICAs that contain the negotiated interpreter rates between SOSi and the named plaintiffs, the disclosure of which would be harmful for the following two reasons.

 First, disclosing SOSi's rates with these particular interpreters places SOSi at a competitive disadvantage in future bidding processes with the Department of Justice ("DOJ") Executive Office for Immigration Review ("EOIR").  Other staffing agencies that specialize in the placement of interpreter professionals will be able to gage SOSi's compensation practices, policies, and rates as negotiated with the DOJ EOIR and will undermine SOSi's position in future DOJ EOIR contract bids.

Second, disclosing region and language specific rates places SOSi at a competitive disadvantage with other staffing agencies as it will impact SOSi's ability to maintain and recruit quality interpreters.  Because these contracts are generally negotiated on an individual level, disclosure of such contract rates will reveal sensitive compensation practices and policies to other interpreters and competing staffing agencies.  In turn, this will upset the balance of future

-4-

1  negotiations between SOSi and prospective interpreters and will affect the

2  sustainability of SOSi's business operations.

3        Limited redactions of these proprietary rates will balance the need to protect

4  confidential business information and the strong presumption in favor of public

5  access policy considerations.  For the foregoing reasons, good cause exists to file

6  the documents described above with appropriate redactions for this Court's review.

7  **IV.   CONCLUSION**

8        As set forth above, the documents accompanying this Renewed Application

9  are subject to a stipulated protective order, and contain highly confidential

10  proprietary information pertaining to SOSi's contract rates and compensation which,

11  if made part of this action's public record, would likely negatively impact SOSi's

12  competitive advantage.  Accordingly, SOSi requests that the Court grant this

13  application.

14   DATED: September 7, 2017          CONSTANGY, BROOKS, SMITH &
                                         PROPHETE, LLP
15

16

17                            _____/s/ Regina A. Musolino_____
                              Kenneth D. Sulzer
18                            Regina A. Musolino
                              Kimberly T. Bernstein
19                            Attorneys for Defendant
                              SOS INTERNATIONAL LLC
20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am over 18 years of age and not a party to the within entitled action.  I am employed at the law firm of CONSTANGY, BROOKS, SMITH & PROPHETE LLP, and my business address is 2029 Century Park East, Suite 1100, Los Angeles, California 90067.  On September 8, 2017, I served a copy of the following **DEFENDANT SOS INTERNATIONAL LLC'S RENEWED APPLICATION TO FILE REDACTED VERSIONS OF EACH OF PLAINTIFFS' EXHIBIT A IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION** on the attorney(s) for the parties to this action by the following method:

  X  **(BY MAIL)**  By placing same, with postage fully prepared, in the United States Mail, addressed as indicated below.  I am readily familiar with the practices of these law offices for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service in the same day in the ordinary course of business.


Sheila K. Sexton, Esq.                              *Attorneys for Plaintiffs*
Costa Kerestenzis, Esq.
Lorrie E. Bradley, Esq.
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607-4051
Tel. 510.625.9700/Fax. 510.625.8275


[FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 8, 2017 at Los Angeles, California.


_____
Diana Soto

DEFENDANT'S APPLICATION TO FILE REDACTED VERSIONS OF EACH OF PLAINTIFFS' EXHIBIT A IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION; 2:16-cv-09000 JAK-JEM