```
 1  COSTA KERESTENZIS, SBN 186125
    Email: ckerestenzis@beesontayer.com
 2  LORRIE E. BRADLEY, SBN 309411
    Email: lbradley@beesontayer.com
 3  BEESON, TAYER & BODINE, APC
    483 Ninth Street, Suite 200
 4  Oakland, CA  94607-9700
    Telephone:  (510) 625-9700
 5  Facsimile:   (510) 625-8275

 6  Attorneys for Plaintiff
    JO ANN GUTIERREZ-BEJAR,
 7  MARIA PORTILLO, and STEPHANY MAGANA
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JO ANN GUTIERREZ-BEJAR, MARIA PORTILLO, and STEPHANY MAGANA, on behalf of themselves and all other similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SOS INTERNATIONAL, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 16-CV-09000 JAK (JEM)<br><br>**PLAINTIFFS' UNOPPOSED APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:     June 11, 2018<br>Hearing Time:     8:30 a.m.<br>Courtroom:         10B<br>Judge:                  John A. Kronstadt<br>Complaint Filed: December 5, 2016<br>Trial Date:           None Set |
|---|---|

Plaintiffs Jo Ann Gutierrez-Bejar, Maria Portillo, and Stephany Magaña ("Plaintiffs"), by and through their counsel of record, file this Unopposed Application to file certain documents under seal (hereinafter "Sealing Application"). Specifically, Plaintiffs seek to file under seal the contract between Defendant SOS International, LLC ("Defendant") and the Department of Justice Executive Office for Immigration Review (hereinafter "DOJ/EOIR Contract"). Plaintiffs also submit the [Sealed] Supplemental Declaration of Costa Kerestenzis in support of the Sealing Application

APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF
PLAINTIFFS' MOTION CLASS CERTIFICATION
Case No. 16-CV-09000 JAK (JEM)

1

724989.docx

("Kerestenzis Seal Decl."), which includes the document that is the basis of this request as Attachment 1. Defendant does not oppose this Sealing Application, as it is being done per their request and pursuant to the Protective Order in this case, signed July 27, 2017.

## APPLICATION

To rebut the presumption of public access to court filings, an applicant must show good cause exists to seal documents that are part of the briefing of a motion when those documents are only tangentially related to the merits of a case. See Local Rule 79-5; *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1096, 1097 (9th Cir. 2016); *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto Insur. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). For documents that are part of the briefing of a motion, which are more than tangentially related to the merits of a case, the applicant must show compelling reasons exist for sealing such documents. *Id.* Documents attached to a non-dispositive motion, such as a motion for class certification, require a showing of good cause to seal the documents. *Munoz v. InGenesis STGi Partners, LLC*, 2015 WL 13559891, *3 (S.D. Cal. Dec. 23, 2015). Further, when a district court has granted a protective order, the court has already determined good cause exists to protect information. *Kamakana*, *supra*, 447 F.3d at 1179-80.

Per Local Rule 79-5 and the Protective Order in this case, Defendant's counsel has designated the DOJ/EOIR Contract as confidential. Defendant claims that the DOJ/EOIR Contract contains proprietary commercial information regarding Defendant's business operations with the Department of Justice. This would include information such as negotiated rates, the language services that Defendant provides, and the terms Defendant has reached with the Department of Justice, which could impact the Defendant's ability to bid on contracts in the future. (Kerestenzis Seal Decl. at ¶ 7). Moreover, the information contains Defendant's region and language

APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION CLASS CERTIFICATION
Case No. 16-CV-09000 JAK (JEM)

2

724989.docx

specific rates, which would affect Defendant's ability to recruit interpreters. Thus good cause exists to file the document under seal.

Finally, per Local Rule79-5.2.2(b), Plaintiffs and Defendant met and conferred regarding documents that Plaintiffs intended to use in the Motion for Class Certification, filed concurrently herewith, and specifically whether documents designated as confidential by Defendant could be filed in redacted form. The parties were able to reach agreement on most of the documents, but were unable to reach such an agreement with regard to the DOJ/EOIR Contract. (*Id.* at ¶¶ 4-7).

Plaintiffs do not object to maintaining the DOJ/EOIR Contract as confidential for purposes of the Motion for Class Certification, and therefore submit this request to file such documents under seal. However, Plaintiffs reserve their right to object to the confidentiality of this document at a later date.

For the foregoing reasons, the Plaintiffs respectfully request that the Court grant the Application to file the EOIR Contract under seal.

Dated: March 12, 2018                                BEESON, TAYER & BODINE, APC


By: _____/S/_____
COSTA KERESTENZIS
Attorneys for JO ANN GUTIERREZ-BEJAR, MARIA PORTILLO, and STEPHANY MAGANA

3

APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF
PLAINTIFFS' MOTION CLASS CERTIFICATION
Case No. 16-CV-09000 JAK (JEM)

724989.docx