# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN GUTIERREZ-BEJAR, MARIA PORTILLO, and STEPHANY MAGANA, on behalf of themselves and all other similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SOS INTERNATIONAL, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 16-CV-09000 JAK (JEM)<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

Pursuant to Federal Rules of Civil Procedure 5.2 and Local Rule 5.2-1 and Local Rule 79-5.2.2(a)(ii), Plaintiffs submit this proposed order for the sealing of the DOJ/EOIR Contract designated as confidential by Defendant SOS International, LLC per the July 17, 2017 Protective Order in this matter. The DOJ/EOIR Contract is attached as Attachment 1 to the concurrently filed Declaration of Costa Kerestenzis in Support of Plaintiffs' Unopposed Application to File Under Seal Documents in Support of Their Motion for Class Certification.

[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
Case No. 16-CV-09000 JAK (JEM)

725508.doc

1

| Document and Description | Ruling on Sealing |
|---|---|
| **Attachment 1** to the Kerestenzis Seal Decl. DOJ/EOIR Contract, BATES-stamped SOSI-001692-001899 | Grant ☐<br>Deny ☐ |

**IT IS SO ORDERED.**

Dated: _____     _____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION
Case No. 16-CV-09000 JAK (JEM)

725508.doc

2